**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRITTANY HURLEY** **PLAINTIFF**

**v.** **CASE NO. 3:26-CV-00021-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner** **DEFENDANT**

**ORDER**

After de novo review of the record, United States Magistrate Judge Joe J. Volpe's proposed findings and recommended disposition [Doc. No. 13] is adopted, and Brittany Hurley's complaint is dismissed with prejudice.

IT IS SO ORDERED this 11th day of August, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE